UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 12-4846 DSF (JCGx) | Date | 6/7/12 |
|---|---|---|---|
| Title | Deborah Talanian, et al. v. Manuel Calpito, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on June 1, 2012 based on federal question, diversity, and possibly 28 U.S.C. § 1443.

The complaint was filed December 23, 2011. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal raises issues of federal law, federal question jurisdiction is based on the plaintiffs' complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

As for diversity jurisdiction, Defendant makes no attempt to allege the citizenship of the parties and the complaint, on its face, is limited to a $10,000 demand.

Civil rights removal under § 1443(1) requires "[f]irst, [that] the [defendants] must assert, as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights [and] [s]econd, that [the defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights." Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006) (quoting California v. Sandoval, 434 F.2d 635, 636 (9th Cir.1970)). Plaintiffs fail to "refer[] to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights."

Case 2:12-cv-04846-DSF-JCG   Document 4   Filed 06/07/12   Page 2 of 2   Page ID #:48

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

     The case is REMANDED to the Superior Court of California, County of Los Angeles.

CV-90 (12/02)                                    **CIVIL MINUTES - GENERAL**                                    Page 2 of 2